```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

     - v. -                      :
                                          S8 15 Cr. 95 (AJN)
CARLETTO ALLEN,                  :

               Defendant.        :

- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 2 4 2017

**ORDER**

Upon the application of the United States of America, Joon H. Kim, Acting United States Attorney for the Southern District of New York, by and through Assistant United States Attorneys Rachel Maimin and Jessica Feinstein, of counsel, for an order precluding the dissemination of material produced pursuant to 18 U.S.C. § 3500 and/or *Giglio* v. *United States*, 405 U.S. 150 (1972), it is hereby

ORDERED that (1) counsel for defendant Carletto Allen must destroy or return to the Government all 3500 and *Giglio* material and any copies thereof for all Government witnesses (the "3500 Material") at the conclusion of the trial of this matter or when any appeal has become final; (2) the defense is precluded from disseminating any of the 3500 Material and any copies thereof to anyone beyond the defendant, defense counsel, and any paralegal or staff employed by the defense; and (3) the defendant himself is precluded from taking any 3500 Material and any copies

thereof (except for the 3500 Material of law enforcement agents) with him into any jail facility, or possessing any of the 3500 Material and any copies thereof (except for the 3500 Material of law enforcement agents) in any jail facility, either before, during, or after trial, except that the defendant may review the 3500 Material in the possession of defense counsel or any paralegal or staff employed by the defense when in the presence of defense counsel or any paralegal or staff employed by the defense.

Dated:   New York, New York
         Oct 24           , 2017

                                   _____
                                   THE HONORABLE ALISON J. NATHAN
                                   UNITED STATES DISTRICT JUDGE