# HOGUET NEWMAN REGAL & KENNEY, LLP

10 East 40th Street
New York, New York 10016

Tel   212.689.8808
Fax   212.689.5101
www.hnrklaw.com

jkenney@hnrklaw.com

October 26, 2017

**Via ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 20007

**Re:**   *United States v. Nico Burrell et al., S2 15 Cr. 95 (AJN)*

Dear Judge Nathan,

We represent the defendant Carleto Allen in the above case.  In response to an inquiry by your Chambers of yesterday, we respectfully request until Monday, October 30, 2017, to file a brief reply to the Government's motions in limine.  As Your Honor is aware, the 3500 material will be provided to us Friday, October 27, and we would like to review that prior to responding to the in limine motions.

Respectfully submitted,

John J. Kenney