

HOGUET NEWMAN
REGAL & KENNEY, LLP

10 East 40th Street  
New York, New York 10016

Tel  212.689.8808  
Fax  212.689.5101  
www.hnrklaw.com

jkenney@hnrklaw.com

October 26, 2017

**Via ECF**

The Honorable Alison J. Nathan  
United States District Judge  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 20007

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: **OCT 2 6 2017**

Re:   *United States v. Nico Burrell et al.,* S2 15 Cr. 95 (AJN)

Dear Judge Nathan,

    We represent the defendant Carleto Allen in the above case. In response to an inquiry by your Chambers of yesterday, we respectfully request until Monday, October 30, 2017, to file a brief reply to the Government's motions in limine. As Your Honor is aware, the 3500 material will be provided to us Friday, October 27, and we would like to review that prior to responding to the in limine motions.

Respectfully submitted,

John J. Kenney

---

In an order filed September 6, 2017, the Court set October 23, 2017, as the deadline to file any oppositions to motions in limine. *See* Dkt. No. 1694. Defendant Carletto Allen did not file any opposition on or before that date. Out of an abundance of caution, Chambers contacted counsel for Mr. Allen on October 25, 2017, who confirmed that Defendant had not filed and did not intend to file any opposition. The Court will likely rule on the motions in limine at the final pre-trial conference scheduled for today, October 26, 2017. The request is thus denied. SO ORDERED.

SO ORDERED: 10/26/17

HON. ALISON J. NATHAN  
UNITED STATES DISTRICT JUDGE