UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

Carletto Allen,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 1 2017

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of a request from the Government to seal exhibits to its supplemental motion in limine, submitted on October 31, 2017. The Court grants the request.

    SO ORDERED

Dated: November 1, 2017
          New York, New York

_____
ALISON J. NATHAN
United States District Judge