**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 9, 2017

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Carletto Allen*,
              15 Cr. 95 (AJN)

Dear Judge Nathan:

    The Government respectfully submits this letter regarding the potential cross-examination of the defendant Carletto Allen in the event he testifies.  Specifically, with respect to prior arrests or convictions, the Government will not seek to cross-examine Allen on the circumstances of any of his prior arrests that were dismissed, are pending, or that resulted in juvenile adjudications.  However, should Allen take the stand, the Government does intend to ask Allen about the underlying circumstances of an arrest on March 26, 2013.  Specifically, Allen was arrested that day on White Plains Road and 244th Street—BMB territory—with over two ounces of marijuana packaged for re-distribution.  Because this conduct is simply direct evidence of the charged conspiracies, there is no basis to preclude the questioning.

                          Respectfully submitted,

                          JOON H. KIM
                          Acting United States Attorney

        By:    \_\_\_/s/_____
                          Rachel Maimin
                          Jessica Feinstein
                          Assistant United States Attorneys
                          (212) 637-2460

cc:    John Kenney, Esq.