Carleto Allen
USM #77444-054
150 Park Row
M.C.C.- NY
New York, New York 10007

January 6, 2018

Honorable Alison J. Nathan
U.S. District Court Judge
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 1 2 2018

RE: <u>United States v. Carleto Allen</u>
    <u>S8 15 Cr. 95 (AJN)</u>

Dear Honorable Judge Nathan;

    First and foremost I hope this inscription reaches you in the best of health and spirits, and that everything is immaculate with you and your during this holiday season. My name is Carleto Allen, currently being held detained at the Metropolitan Correctional Center, located at 150 Park Row NY, NY 10007. I am respectfully submitting this letter informing you of my notice of appeal and I am also requesting that you grant me a new Appellate Attorney. I truly appreciate you taking time out your busy schedule to address this matter.

Respectfully Submitted
Signature: Carleto Allen
Carleto Allen

(P.S. I have brought to your attention in the past my lack of access to the law library, I have yet been granted any extra time. Can You <u>Please</u> Help Me With That Matter.)