USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Carletto Allen,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

By letter dated June 22, 2020, Defendant Carletto Allen requested that this Court order the Bureau of Prisons (BOP) to credit time served in federal custody prior to sentencing. Dkt. No. 2921. The Government is hereby ordered to respond to Defendant's letter within two weeks of this Order. The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

SO ORDERED.

Dated: July 27, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge