UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Carletto Allen,

Defendant.

15-cr-95-52 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

By letter dated June 22, 2020, Defendant Carletto Allen requested that this Court order the Bureau of Prisons (BOP) to credit time served in federal custody prior to sentencing. Dkt. No. 2921. This Court ordered the Government to respond to Defendant's letter. Dkt. No. 2933. The Government has now done so. Dkt. No. 2957. In light of the representations made in the Government's response, and for the reasons therein articulated, Mr. Allen's request is denied. The Government is hereby ORDERED to submit a status update to the Court within two weeks of this Order regarding BOP's view on the following two questions: (1) Whether the Bronx Firearms Case sentence is properly calculated to have ended on January 9, 2017; and (2) whether, in that case, Allen should receive credit pursuant to Section 3585(b)(1) for the time from January 9, 2017 to April 27, 2018.

The Clerk of Court is respectfully directed to mail a copy of the Government's response, Dkt. No. 2957, and of this Order to Defendant.

SO ORDERED.

Dated: August 13, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge